**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00717-CV

_____

### IN RE DANCIE MAGEE AND JASON MAGEE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17CP0121**

---

## MEMORANDUM OPINION

On August 17, 2018, relators Dancie Magee and Jason Magee filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Roy Quintanilla, judge of the 306th District Court of Galveston

County, to reverse his rulings denying their petition to intervene in the underlying child protection case. Relators also filed a motion for emergency stay asking this court to stay all proceedings in the trial court.

With certain exceptions, to obtain mandamus relief relators must show both that the trial court clearly abused its discretion and that relators have no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators have not shown that they are entitled to mandamus relief. We therefore deny relators' petition for writ of mandamus and motion for stay.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Boyce and Busby.